UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELMER R. BAUTISTA, | ) | No. CV 08-3094 VBF (CW) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| DARRAL ADAMS (Warden), | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The court has made a <u>de</u> <u>novo</u> determination with respect to those portions of the Report and Recommendation to which objection has been made.

The Report and Recommendation is corrected to replace Footnote 6 as follows:

To the extent that Petitioner's claim of "miscarriage of justice" could be liberally construed as a claim for an actual innocence

1 | exception to the untimeliness bar, Petitioner has failed to
2 | demonstrate that such an exception is warranted in this case
3 | under § 2244(d)(1). See Schlup v. Delo, 513 U.S. 298, 314-15,
4 | 115 S. Ct. 851, 130 L. Ed. 2d 808 (1995); Johnson v. Knowles, 541
5 | F.3d 933, 937 (9th Cir. 2008); Majoy v. Roe, 296 F.3d 770, 778
6 | (9th Cir. 2002).

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Respondent's motion to dismiss (docket no. 28, filed June 9, 2010) be granted; and (3) that judgment be entered dismissing the Petition, with prejudice, as time-barred.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: 3-6-11

_[signature]_
VALERIE BAKER FAIRBANK
United States District Judge

2