# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELMER R. BAUTISTA, | ) | No. CV 08-3094 VBF (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DARREL ADAMS (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: March 14, 2011

*/s/ Valerie Baker Fairbank*

VALERIE B. FAIRBANK
United States District Judge